UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KONRAD KORZENIOWSKI,            :
                                :
        Plaintiff,              :
                                :
v.                              :
                                :    No. 3:09-cv-1415 (SRU)
AUDIT SYSTEMS, INC. and         :
WILLIAM HORWITZ,                :
                                :
        Defendants.             :
                                :

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendants Audit Systems, Inc. and William Horwitz, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint as against defendants Audit Systems, Inc. and William Horwitz only, without costs and/or attorney's fees to any party.

THE PLAINTIFF,
KONRAD KORZENIOWSKI

By _____
Konrad Korzeniowski
51 Rackliffe Drive
New Britain, CT 06051

THE DEFENDANT,
AUDIT SYSTEMS, INC. and
WILLIAM HORWITZ

By: _____
Jonathan D. Elliot  (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel: 203-333-9441
Fax: 203-333-1489
E-Mail: jelliot@znclaw.com

Their Attorney