UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KONRAD KORZENIOWSKI, | : | |
| Plaintiff, | : | |
| v. | : | No. 3:09-cv-1415 (SRU) |
| CHEX SYSTEMS, INC., | : | |
| Defendant. | : | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant Chex Systems, Inc., by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint as against defendant Chex Systems, Inc., without costs and/or attorney's fees to any party.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| KONRAD KORZENIOWSKI | CHEX SYSTEMS, INC. |
| By *[signature]* | By: *[signature]* |
| Konrad Korzeniowski | Jonathan D. Elliot  (ct05762) |
| 51 Rackliffe Drive | Zeldes, Needle & Cooper, P.C. |
| New Britain, CT 06051 | 1000 Lafayette Boulevard |
| | Bridgeport, CT  06604 |
| | Tel: 203-333-9441 |
| | Fax: 203-333-1489 |
| | E-Mail: jelliot@znclaw.com |
| | Its Attorney |