UNITED STATES DISTRICT COURT
For the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KONRAD KORZENIOWSKI : | |
| : | CIVIL ACTION NO. |
| V. : | 3:09-CV1415 SRU |
| : | |
| WEBSTER BANK : | |
| AUDIT SYSTEMS, INC. : | February 3 |
| CHEX SYTSEMS, INC. : | ~~JANUARY~~ , 2011 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendant, Webster Bank, N.A. ("Webster"), by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to the Plaintiff on his complaint against Webster, without costs and/or attorney's fees to any party.

The Plaintiff,
Konrad Korzeniowski

_____
Konrad Korzeniwoski
51 Rackliffe Drive
New Britain, CT 06051

The Defendant, Webster Bank

_____
By: Linda N. Mayo, Griffin, Griffin & Mayo, P.C.
Its Attorneys, P.O. Box 2184, Waterbury, CT 06702
(203) 755-1106 phone; (203) 596-7983 facsimile
linda.mayo@griffinlawfirm.com
Federal Bar No.: 11215